IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                       )<br>            Plaintiff,                             )<br>                                                       )<br>vs.                                                  )<br>                                                       )<br>JOSE ARMANDO CARBAJAL-MORENO,  )<br>JOSE ANGEL JURADO-CHAVEZ and  )<br>ROSA ELENA CARBAJAL-ALVAREZ,   )<br>                                                       )<br>            Defendants.                       ) | NO. CR 99-777 JC |

MOTION TO DISMISS SIXTH SUPERSEDING INDICTMENT
AND QUASH ARREST WARRANTS

The United States of America moves this Court, pursuant to Fed. R. Crim. P. 48, to dismiss the Sixth Superseding Indictment and to quash the arrest warrants issued as to the above-referenced defendants. As grounds, the United States provides that it is in the interest of justice.

WHEREFORE, the United States respectfully requests this Court enter an Order dismissing the Sixth Superseding Indictment without prejudice and quashing the arrest warrants as to defendants JOSE ARMANDO CARBAJAL-MORENO, JOSE ANGEL JURADO-CHAVEZ, ROSA ELENA CARBAJAL-ALVAREZ.

Respectfully submitted,

KENNETH J. GONZALES
United States Attorney

*Electronically Filed 3/2/11*
RENEE L. CAMACHO
Assistant U.S. Attorney
555 S. Telshor, Ste. 300
Las Cruces, NM 88011
(575) 522-2304 - Tel.
(575) 522-2391 - Fax

N:\LRomero\Renee\Drugs\Carbajal-Moreno et al.dismiss ind, quash warr_motion.wpd